JAMES G. LoDOLCE, Respondent, v. MICHAEL FRANZ and IRVING HOLMAN, Appellants.— Order denying defendants' motion to dismiss complaint, and order

denying motion for reargument, affirmed, with ten dollars costs and disbursements. No opinion. Lazansky, P. J., Rich, Kapper, Hagarty and Carswell, JJ., concur.